1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   DAVID A. SCHWARZ, Cal. Bar No. 159376
3  dschwarz@sheppardmullin.com
   BARBARA E. TAYLOR, Cal. Bar No. 166374
4  btaylor@sheppardmullin.com
   ZACHARY J. GOLDA, Cal. Bar No. 327532
5  zgolda@sheppardmullin.com
   JAMES V. FAZIO, Cal. Bar. No. 183353
6  jfazio@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
7  Los Angeles, California 90067-6055
   Telephone:  310.228.3700
8  Facsimile:  310.228.3701

9  Attorneys for Plaintiff Southern California Healthcare System, Inc.,
   d/b/a Southern California Hospital at Culver City

10

11

12                UNITED STATES DISTRICT COURT

13         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14

| | |
|---|---|
| SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC., d/b/a SOUTHERN CALIFORNIA HOSPITAL AT CULVER CITY,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF CULVER CITY; MAYOR ALEX FISCH, in his official capacity; VICE MAYOR DANIEL LEE, in his official capacity; COUNCIL MEMBER YASMINE-IMANI MCMORRIN, in her official capacity; COUNCIL MEMBER ALBERT VERA, in his official capacity; COUNCIL MEMBER GORAN ERIKSSON, in his official capacity,<br><br>             Defendants. | Case No. 2:21-cv-05052-MCS-RAO<br>Hon. Mark C. Scarsi<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing<br>Date:      July 26, 2021<br>Time:      9:00 a.m.<br>Courtroom:  7C, 350 W. 1st Street<br><br>Complaint filed:  June 22, 2021<br>Trial Date:       Not Set |

SMRH:4829-0695-4736.2

Case No. 2:21-cv-05052-MCS-RAO
REQUEST FOR JUDICIAL NOTICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Evidence 201, Plaintiff Southern California Healthcare System, Inc. d/b/a Southern California Hospital at Culver City ("SCHCC") hereby respectfully requests that the Court take judicial notice of the following facts, information and documents in support of SCHCC's Motion for Preliminary Injunction:

**Exhibit A** is a true and correct copy of Ordinance No. 2021-****, An Ordinance of the City of Culver City, State of California, Establishing Premium Hazard Pay for On-Site Hospital Workers at Covered Hospitals, published on the City's website at https://culver-city.legistar.com/View.ashx?M=F&ID=9462363&GUID=11D84B8E-B88E-40A8-9BC3-FD0D27A00E8F.

**Exhibit B** is a true and correct copy of the first set of documents produced by Culver City in response to a public records act request seeking communications between City Council members and members of the Service Employees International Union—United Healthcare Workers West ("SEIU"), constituting emails between SEIU representatives and the City Council members

**Exhibit C** is a true and correct copy of the second set of documents produced by Culver City in response to a public records act request seeking communications between City Council members and members of the SEIU, constituting text messages between Mayor Alex Fisch and SEIU.

**Exhibit D** is a true and correct copy of third set of documents produced by Culver City in response to a public records act request seeking communications between City Council members and members of the SEIU, constituting text messages between Vice Mayor Daniel Lee and SEIU.

**Exhibit E** is a true and correct copy of the fourth set of documents produced by Culver City in response to a public records act request seeking communications

between City Council members and members of the SEIU, constituting text messages between SEIU and Council Member Yasmine-Imani McMorrin.

**Exhibit F** is a true and correct copy of the April 12, 2021 Culver City Council meeting agenda published by the Culver City Council at https://culver-city.legistar.com/View.ashx?M=A&ID=816893&GUID=86D98FEA-A973-47A5-8DF6-BD85E4EA335B.

**Exhibit G** is a true and correct copy of the June 9, 2021 COVID-19 Positive Healthcare Workers and First Responders Data, Los Angeles County, published by the Los Angeles County Department of Public Health at http://publichealth.lacounty.gov/acd/docs/COVID19HCWReport.pdf [as of June 25, 2021].

Judicial notice may be taken of records available on government websites, the records of state agencies, and other undisputed matters of public record.  *See Daniels-Hall v. Natl. Educ. Assn.*, 629 F.3d 992, 998-99 (9th Cir. 2010); *Bhasin, M.D. v. Pathak*, 2013 WL 1871508, *2 (C.D. Cal. 2013); *Estate of Fuller v. Maxfield & Oberton Holdings, Inc.*, 906 F.Supp.2d 997, 1003-1004 (N.D. Cal. 2012); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001); *Disabled Rights Action Comm. v. Las Vegas Events, Inc.*, 375 F.3d 861, 866 n.1 (9th Cir. 2004) (explaining that a court may "take judicial notice of the records of state agencies and other undisputed matters of public record.").  The document here are public record and proper subjects of judicial notice.  These public records are also "not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  *See* Fed. R. Evid. 201(b)(2); *see also Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (taking judicial notice where "the authenticity of the web sites [and] the accuracy of the information displayed therein" was not subject to reasonable dispute).

1  Dated: June 25, 2021

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
DAVID A. SCHWARZ
Attorneys for Southern California Healthcare System, Inc., d/b/a Southern California Hospital of Culver City