# EXHIBIT C

EXHIBIT C
Page 243



**OFFICE OF THE CITY ATTORNEY**

# CITY OF CULVER CITY

9770 CULVER BOULEVARD, CULVER CITY, CALIFORNIA 90232-0507

(310) 253-5660
•
FAX (310) 253-5664

CAROL A. SCHWAB
City Attorney

June 16, 2021

*Via Email Only DSchwarz@sheppardmullin.com*

David A. Schwarz, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA  90067-6055

Re:  Additional Documents/Public Records Request of May 26, 2021

Dear Mr. Schwarz:

As a follow up to my letter dated June 15, 2021, attached are text messages and calendar entries/acceptances for Mayor Alex Fisch, in response to your May 26th public records request. The documents were redacted to protect privacy rights of third parties (Government Code section 6255); however, you will note upon reading the screen shots of the text string I left the last 4 digits of the cell phone numbers unredacted so that you are able to identify the various individuals on the text messages.

We appear to be having a misunderstanding about whether you requested "notes" in your *May 26, 2021* public records request sent to City Council and City Clerk. While I agree that "notes" are encompassed in the word "documents", and are specifically requested in your *June 10th* letter, your May 26th letter asks for "communications" between SEIU representatives and the City Councilmembers, not the Councilmembers' own notes. I am clear now however, that notes are requested, and as stated in my June 15th letter, the City will respond to that request, and the request for communications between City Council and City personnel, within the statutory response period.

Sincerely,

CAROL A. SCHWAB, CITY ATTORNEY

*Lisa A. Vidra*

By:    Lisa A. Vidra
       Senior Deputy City Attorney

Attachments

cc:    City Clerk

EXHIBIT C
Page 244

**Daniel Lee, +2**

> Hey bye - when these hospitals were lobbying for federal money, they were literally saying we need this money for hazard pay

> And then they never did it!

> Sorry, no one has to text me back here

> *hey btw

> Btw klepin lied abt the tracking and testing

> That never happened

> I can get people here to vouch for it

> Not urgency!

> We gotta do normal!!!

> Don't need to duplicate e

EXHIBIT C
Page 245

Don't need to duplicate e

We're ready to fight court Cade

Even if it looks different

*case

Literally you guys have the support

That's not something you should worry abt

It's actually the only way you're gonna have this pro bono support



Why make it 2?

-6753 • Apr 12, 10:28 PM



The mayor wants to handle healthcare differently

Daniel Lee • Apr 12, 10:29 PM

Mr. mayor

EXHIBIT C
Page 246

> Mr. mayor

> Literally your Trader Joe's could should be the issue before the hospital would be the issue

> We have your back

> There are only so many ways I legally can say that



> *literally your Trader Joe's would be the issue

─6753 • Apr 12, 10:31 PM



> Still work to do on this.

Daniel Lee • Apr 12, 10:32 PM

EXHIBIT C
Page 247

> Hi Mayor, thanks for letting me know, there is no good faith confusion. I am looking at the TA right now, I'll send it to you, it's probably the same thing you are loooking.

> This mention of "hero pay" was about the fact that a small group of workers that were being laid off were going to recieve enhanced severance benefits.

> I can forward you the language of the proposal that was withdrawn, this has nothing to do with the ordinance. Which was never discussed between the union or the employer.



> Just sent

-6753 • May 10, 6:41 PM

EXHIBIT C
Page 248

> Just confirmed there was no agreement or MOU around heroes pay

> Anyone who says otherwise is fabricating information, I would ask them to produce proof of it, if you have the time. Would honestly be kind of interested to see what that would even look like!



> Thanks again for your time!

6753 • May 10, 1:05 PM

I saw the MOU and I think it was good faith confusion. We got a last minute letter from their council that we need to analyze. We have to kick A-1 to the next meeting. Sorry, and I welcome another meeting in the meantime.

May 10, 6:06 PM

EXHIBIT C
Page 249


-6753



> Hi Mayor Fisch do you have some time to talk before the council meeting tomorrow?

-6753 • May 9, 2:07 PM

> Hi Maky—Sorry for the delay. Mothers Day and all. Are you free this afternoon?

May 10, 12:17 PM

> No problem, I understand! Yes would be great to connect this afternoon



> What time works best for you?

-6753 • May 10, 12:19 PM

> Are you free in about 15 minutes?

May 10, 12:25 PM

> Yes that works

> Just confirmed there was no agreement or MOU around heroes pay

EXHIBIT C
Page 250

 4829



> Hi Mayor Fisch - is it possible to set up a very brief meeting sometime before Monday's meeting. We are interested in making sure the ordinance is on the consent calendar and gets voted on. Thanks for standing with the healthcare workers and we look forward to your support. I'm available in the days and evenings. Thanks! Erik Dimitruk SEIU-UHW

4829 • Jun 7, 1:30 PM

> Hi Erik—Sorry to be difficult to reach. I can join you for a call at 9:30, 11, or 1:30 tomorrow. Would any of those work?

Thu 2:06 PM



> It's no problem at all. I know you're swamped. How about 11?

-4829 • Thu 2:12 PM

> Sounds great!

Thu 2:14 PM

EXHIBIT C
Page 251

> Sounds great!
> Thu 2:14 PM



> Should I send a zoom invitation?
>
> ▇▇▇▇▇▇-4829 • Thu 2:15 PM

> Yes, please.
> Thu 2:15 PM



> Will do!
>
> ▇▇▇▇▇▇-4829 • Thu 2:15 PM



> Thank you for making time to meet with us this morning. It is greatly appreciated.
>
> ▇▇▇▇▇▇-4829 • Fri 5:22 PM

EXHIBIT C
Page 252

| | |
|---|---|
| **Subject:** | Meeting w/ SEIU-UHW on SCHCC |
| **Location:** | https://seiu-uhw.zoom.us/j▮▮▮▮ |
| | |
| **Start:** | Tue 3/9/2021 12:00 PM |
| **End:** | Tue 3/9/2021 12:30 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Organizer:** | Maky Peters |

Hi there,

Maky Peters is inviting you to a scheduled Zoom meeting.

# Join Zoom Meeting

Password: ▮▮▮▮

Phone one-tap: US: ▮▮▮▮

Meeting URL: https://seiu-▮▮▮▮

## Join by Telephone

For higher quality, dial a number based on your current location.
Dial:

US: ▮▮▮▮
▮▮▮▮

Meeting ID ▮▮▮▮

Password: ▮▮▮▮

International numbers

1

EXHIBIT C
Page 253

**Join from an H.323/SIP room system**

Dial IP: ██████████
Enter Meeting ID: ██████████
Password: █████
SIP: ██████████████████
Password: █████

| | |
|---|---|
| **Subject:** | UHW Zoom Meeting |
| **Location:** | https://seiu-uhw.zoom.us ███████ |
| | |
| **Start:** | Fri 5/21/2021 10:00 AM |
| **End:** | Fri 5/21/2021 11:00 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Organizer:** | Erik Dimitruk |

Hi there,

Erik Dimitruk is inviting you to a scheduled Zoom meeting.

# Join Zoom Meeting

| | |
|---|---|
| Password | ███████ |
| Phone one-tap: | US: ███████ |
| Meeting URL: | https://seiu-uhw.zoom.us ███████ |

## Join by Telephone

For higher quality, dial a number based on your current location.
Dial:

| | |
|---|---|
| | US: ███████ |
| Meeting ID: | ███████ |
| Password | ███████ |

International numbers

1

EXHIBIT C
Page 255

**Join from an H.323/SIP room system**

Dial IP: █████████

Enter Meeting ID: █████████

Password ██████

SIP: ████████████████

Password ██████

| | |
|---|---|
| **From:** | Fisch, Alex |
| **Sent:** | Monday, March 8, 2021 7:45 PM |
| **To:** | Maky Peters |
| **Subject:** | Accepted: Meeting w/ SEIU-UHW on SCHCC |

| | |
|---|---|
| **From:** | Fisch, Alex |
| **Sent:** | Wednesday, May 19, 2021 8:21 PM |
| **To:** | Erik Dimitruk |
| **Subject:** | Accepted: UHW Zoom Meeting |

1

EXHIBIT C
Page 258