# EXHIBIT D



**OFFICE OF THE CITY ATTORNEY**

# CITY OF CULVER CITY

(310) 253-5660
•
FAX  (310) 253-5664

9770 CULVER BOULEVARD, CULVER CITY, CALIFORNIA 90232-0507

CAROL A. SCHWAB
City Attorney

June 17, 2021

***Via Email Only DSchwarz@sheppardmullin.com***

David A. Schwarz, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA  90067-6055

Re:  Document Transmittal/Public Records Request of May 26, 2021

Dear Mr. Schwarz:

As I mentioned yesterday, attached are additional responsive documents representing text messages from Vice Mayor Daniel Lee. Please be aware that the documents have been redacted to withhold personal information. Public disclosure of the personal information would constitute an unwarranted invasion of personal privacy and would not provide any benefit to the public. Therefore, the public interest served by withholding the personal information clearly outweighs any public interest served by disclosure. (Gov. Code § 6255.)  Additionally, a portion of the personal information redacted is exempt under the PRA as personal health information protected by the Confidentiality of Medical Information Act and the Health Insurance Portability and Accountability Act. (Gov. Code § 6254(k).)

In the spirit of cooperation, and similar to the explanation/guide I provided to you this evening via separate letter regarding the text message production from the Mayor, I would like to provide the following information to assist you in reviewing the attached:

The document labeled "Lee Text String 1" is one continuous text string between Vice Mayor Lee and Maky Peters from SEIU, who identifies herself at the top of the first page. "Screen shots photos" 1, 2, and 3 are photographs referenced and contained in the text string.

The documents labeled "Lee Text 2" and "Lee Text 3" are one continuous string and are a duplicate of those sent to you yesterday labeled "Fisch 1", "Fisch 2", and "Fisch 3."  At the top of Lee Text 2, the persons in the text string are identified where it states: "Maky Peters created this group MMS with you, Yasmine-Imani McMorrin, and (424) 253-

EXHIBIT D
Page 260

David A. Schwarz
June 17, 2021
Page 2


4724." The phone number (424) 253-4724 can be cross-referenced with the previously produced emails from Mayor Fisch to confirm that it is the phone number of Mayor Fisch. This may also be verified by comparing Fisch 1, 2, and 3 with Lee Text 2 and Lee Text 3, showing the same text string, from the different phones of Mayor Fisch and Vice Mayor Lee.


Sincerely,

CAROL A. SCHWAB, CITY ATTORNEY

*Lisa A. Vidra*

By:     Lisa A. Vidra
        Senior Deputy City Attorney


Enclosures

cc:     City Clerk

EXHIBIT D
Page 261

Hi Vice Mayor Lee, this is Maky I got your email! Let me know if you have some time to chat in next hour, I have a couple things this afternoon but can connect in the evening, or tomorrow works too! Thank you so much again for your time yesterday!

Saturday, Jan 9 · 3:06 PM

This evening would be good. Let me know what time works.

Great, can you do 5:30 or 6?

6pm works for me.

Perfect, looking forward to speaking with you then!

Monday, Jan 11 · 7:21 PM

Floyd is unfortunately not doing well today, came down with a stomach issue. If I can get someone else in the meeting can they speak in place of him? If not no worries.

They can email the clerk and just get on to speak jeremy.green@culvercity.org and clerk@culvercity.org and see if they can speak prior to you in Floyd's place.

Jeremy Green

Ambitious problem solver with a passion for online businesses who would like to join a team of like-minded developers.

jeremy.green

Got it ok thank you!

Unfortunately couldn't get someone else in time, but thank you will let you know if anything changes before time is up.

Got it.

Will follow up ASAP with an answer to that question Albert just asked as well

So the issues have all been reported to either the County and/or CDPH - they've sent folks out to survey the situation and have given SCHCC a plan of action (essentially an understanding that x, y, z needs to be done to remedy the issue) but as evidenced most notably by the elevator that has been nonfunctional for over a year, they fail to follow through. Would it be beneficial to send the photo evidence to the city clerk email ahead of the discussion? Or should I wait on that. I'll text them to you for now.

Yes, I believe sending images and as much information as possible would be great.

Ok great. The photos don't seem to be sending via text so will email you and the city clerk 👍

Thank you so much again, really appreciate your advocacy on this issue!

You can also email the whole city council at   city.council.d@culvercity.org we just can't reply. If you'd like reflections then email us individually.

Got it ok thank you!

Monday, Jan 11 · 10:53 PM

Thank you so much for your efforts. Goran! ☐ ▦ ♀

But looking forward to moving ahead with whatever steps we can. Perhaps we could get a letter signed by the 4 supportive members. We can talk more about your thoughts on this tomorrow.

Totally understand why you were mentioning that we should've just pitched it as a public health issue and not bring in the fact that the negotiations are our opportunity to actually fix it. But again, so appreciate your effort in helping us bring these issues to light.

It means a lot, thank you.

Yeah, I know Goran's proclivities. Alex was better than I thought.

Yes, glad everyone else was supportive. In any case really grateful that you understand the gravity and importance of this issue. 🎧

Tuesday, Jan 12 · 1:04 PM

Still time to touch base now?

Tuesday, Jan 19 · 10:24 AM

Good morning! Hope you're doing well and have enjoyed the weekend

Wanted to see if you think we can get the agreeable councilmembers to sign on to a letter

Does that need to go through a process vis a vis the city attorney? Or would it be easy enough to just move forward?

Tuesday, Jan 19 · 3:11 PM

The process with the council will be slower if you have a letter you can ask us to sign separately. Also, let me know about the oped. If you need something sooner I would ask us separately to sign.

Liked "The process with the council will be slower if you have a letter you can ask us to sign separately. Also, let me know about the oped. If you need something sooner I would ask us separately to sign."

EXHIBIT D
Page 265

Ok will draft and send something over

And yes op ed is def something we should do soon

I may be able to get an oped to get some traction regionally. But, definitely in Culver.

Thank you so much again for your willingness

I can also do some work on my end to to try and get the media to cover it

Let me know how you would like it outlined it send any talking points.

Wednesday, Jan 27 · 3:52 PM

Hi councilmember Lee just wanted to circle back and let you know that I am just being held up by not having yet spoken with Mayor Fisch abt signing on to a letter. Obviously we need to move urgently but we don't want to send these letters out at different times and would prefer to send them all out at once.

I think we should also talk about moving forward with the op-ed / media coverage side of this since that will take some time. Bargaining continues to go nowhere and the hospital is unwilling to really consider any of our demands around repairs in the hospital, so we would definitely get the public's eyes on this.

I spoke to one of Sydney's staffers this week. I get the feeling she is going to be tough to sway into action without a little additional pressure. Also planning to meet with some of holly's staff soon. So those are kind of the

updates.

Just wanted to keep you in the loop, maybe if you have some time for a quick chat this evening we could talk abt next steps regarding the possibilities of getting to work on that op-ed

Wednesday, Jan 27 · 5:07 PM

Hi Maky. We have a special city council meeting tonight but I might have time to speak tomorrow night.

Got it, no problem. Thank you! Also, would really just like to get this letter out ASAP so perhaps may need you and Yasmine to send yours out first. Can I send you the draft I have once it has been cleared through our legal team?

Thursday, Jan 28 · 6:12 PM

Does 8p work for you? Received your draft but in a meeting at the moment and then need to make an appearance at a neighborhood council. Could possibly do a little earlier.

8pm works!

Whenever you are available works for me

Thank you so much for your help

Tuesday, Feb 2 · 6:03 PM

Hi Vice Mayor Lee just wanted to check in to see if you have sent out the letter(s) yet! I am doing some final edits on the Op-Ed tonight and sharing with a few others internally before sending over your way. Thank you!

Hi Maky, I have not sent my letter out I think we weren't on the same page about the process. But, I have contacts for the elected officials I have mentioned to email and mail but I don't for the hospital owners. If you can send me the best place where you think that might be effective I can send letters out in the mail and through email tomorrow.

Oh my gosh that's right I totally forgot about the email, I will get you that ASAP

Thursday, Feb 4 · 12:51 PM

Hi Vice Mayor Lee, just checking in to see if there are any updates on the letter, would love to get it out by tomorrow at the latest!

Thursday, Feb 4 · 4:46 PM

I can send this out today. Just wrapped a board meeting for the a Clean Power Alliance.

Loved "I can send this out today. Just wrapped a board meeting for the a Clean Power Alliance."

Amazing thank you so much again

Friday, Feb 12 · 7:40 PM

Good evening Mr. Vice Mayor! Happy Friday hope you have some plans for rest this weekend. Just wanted to circle back on the email I sent over yesterday. Let me know if you have some time to chat this evening. Curious to get your thoughts on the Op-Ed, good or bad I can handle it! Thanks again for all that you do.

Friday, Feb 12 · 10:52 PM

Hi Maky, sorry to get back to you late but I had a class and then a campaign event and then a campaign meeting but will get back to you this weekend.

No worries! I am still up working 😊 Sounds like you've also had a very long day. Praying you have some rest time scheduled for the weekend. I look forward to connecting whenever you can!

Tuesday, Feb 16 · 9:41 AM

Good morning Vice Mayor Lee, do you have some time to connect today?

Tuesday, Feb 16 · 2:26 PM

Not much time today, unfortunately. I read over the op-ed and there are some small changes I would make. I sent it as is to the person working press on my campaign to see if he thinks other contacts might be interested.

Thursday, Feb 18 · 2:13 PM

Any time to connect this evening?

Thursday, Feb 18 · 3:33 PM

I could touch base around 6 or 8pm

Ok 8 is best for me

But I can do 6 just lmk

Thank you!

I can do 8 but it might be more like 805.

Totally that works, no problem!

Thursday, Feb 18 · 8:11 PM

Wrapping a candidate forum.

No worries also on a call

Wanna aim for 830?

Perfect

Still on this call sorry should be wrapping up in abt ten min

Call when you are available. Working on emails.

Friday, Feb 19 · 12:16 PM

My press guy wonders of it will be alright if he pitches the oped as the vice

mayor along with SEIU union members.

Is that a common thing?

It could be that I just haven't seen it anywhere

I would have to run it by the members to see if I can use their names, they may be hesitant to put their names in print for fear of retaliation

It is not something that I have heard of before. But, I think it would just be vague and not mention their names just the name of the union.

Should be fine! Just running this by the reps for due diligence

Make sure there is no one we need permission from but I'm pretty sure there'd be no issue!

Friday, Feb 19 · 5:27 PM

Josh wants to pitch this as a story and was getting no bites on the Op-ed. Do you think folks would be open to talking to reporters anonymously if he was successful and it moved forward as a story?

I think yes

Shouldn't be an issue

Also got a call from CDPH, possibly from the letter you sent them? In any case that is good, what it will amount to remains to be seen but they plan to survey site again next week



Friday, Feb 19 · 8:24 PM

So did the local Culver City outlets also seem uninterested? Or haven't explored that yet

Was waiting to see how the regional stuff pans out but I know two outlets will run it no matter what and a third is a strong possible.

Monday, Feb 22 · 8:00 AM

Got it! Yes I think if it looks like the regional outlets are not likely to run the Op/Ed we should move forward with the two local outlets. Do you think you'll have time today to send to them?

Monday, Feb 22 · 2:15 PM

After 12pm tomorrow? Or today? Sorry if you sent this earlier but looks like your text just came in at 2pm

I'll get right on it, any specific time in mind?

In addition to Larhonda and Floyd whom you'be   met

This is really so great, thank you so much for your work in making this

happen

One more question -- the workers' contract expired today so they are planning a picket on Wednesday morning 11am -- I don't know if you are doing in public appearances or if you are even available but would love it if you could stop by to show solidarity with the workers. If not, I totally understand, even just posting a tweet (or perhaps the series of tweets like what we spoke abt the other day) would be immensely helpful!

I could possibly drop in but I have a ▮▮▮▮▮▮▮ appointment in the morning and I'm not sure how long it will be. If we get the story going I still plan to publish the oped locally. We also thought we'd tweet out the oped as well.

That is fantastic, I think the more coverage the better, absolutely.

So I just found out the picket goes from 11am-1pm and from 5pm-8pm so there are some options

Also spoke to Councilmember McMorrin she is going to try and attend as well but I know she said after 1pm would be better for her

Also just an FYI she is on board with hero pay, we would just need a third person in order to pass it as an emergency ordinance

I think around 11 might be good but I have a candidate forum at 1230. In the evening I have class and then a fundraiser so the earlier slot is more likely.

Ok got it, yeah whatever you can do would be immensely helpful!

Let me know as soon as you can about tomorrow we'll be heading into closed session at 530p

Got it, yes none of the members have responded to me yet

Will do my best!

Monday, Feb 22 · 7:14 PM

Weird. Myself and two members: Larhonda Smith and Jacob Manesh were all signed up for public comment on non agenda items

We were going to provide an update

And thank you and Yasmine for sending letters while asking the other members to send letters as well

Any idea why we might not be on the list? We signed up within the last hour

I'm going to ask about hero pay at the end of the meeting. I think one or two people may organically be on public comment to request it. Send a message to Mimi Ferrell from the clerk's office to get on and send a public message.

Thank you for mentioning the hospital workers

Mimi has not responded to my chat ☹

EXHIBIT D
Page 274

Can you try sending a public chat? I can remind her if we all see it. Mention that you submitted before.


Ok just sent to "all panelists"

Are LaRhonda and Jacob down to be interviewed tomorrow at noon or 3? Be good to get back to the reporter soon.

LaRhonda said she can do 3pm

Jacob should be able to do 3pm as well


Trying to see if Two others can also join

Ok, I'll try to set it up.

Great thank you so much again

Omg this guy is a piece of work


Also thank you for your clarifying comments

No prob. So, we are on for 3pm tomorrow. Thinking it will be a zoom link but might just be a conference call will let you know as soon as I get info. As many people as possible contributing would be great. I can play whatever role but I think this writer is really interested in hearing from the workers and lifting up their story.

Tuesday, Feb 23 · 7:25 AM


Amazing! Idk how I missed this text last night. Thank you so much again for your help on all of this, it is really great.

Tuesday, Feb 23 · 12:28 PM

Here is the link for the interview at 3p. Still looking good?

<u>https://us02web.zoom.us</u> ████████████

Join our Cloud HD Video Meeting

Zoom is the leader in modern enterprise video communications, with an easy, reliable cloud platform for video and audio conferencing, chat, and webinars across mobile, desktop, and room systems. Zoom Rooms is the original software-based conference room solution used around the world in board, conference, huddle, and training rooms, as well as executive offices and classrooms. Founded in 2011, Zoom helps businesses and organizations bring their teams together in a frictionless environment to get more done. Zoom is a publicly traded company headquartered in San Jose, CA.

us02web.zoom.us

Thank you!

Yes we'll have LaRhonda and Jacob (same folks from last night) on the call

Tuesday, Feb 23 · 4:17 PM

Thanks so much again for setting that up and taking the time

Sure. Might not be necessary if we could do more on the city level.

Wednesday, Feb 24 · 9:30 AM

Good morning, please feel free to reach out if you need info/have any questions re the picket today

Wednesday, Feb 24 · 12:21 PM

EXHIBIT D
Page 276

Unfortunately it doesn't look like I'll be able to make it. But, if you have pictures we can share on social media and ask people to join at 5

Wednesday, Feb 24 · 1:27 PM

I might be able to drop by at 5pm for a very little. I just gave Cerise your number so she can be in touch if need be.

Wednesday, Feb 24 · 2:45 PM

Awesome thank you!

Also sorry just waiting for some photos from this AM

Wednesday, Feb 24 · 6:18 PM

Finally got hands on some images

Thanks. I also dropped by for a bit at 5 and got a picture with a few folks.

Oh amazing! Do you mind sharing?

Like send the photo to me? Thank you so much

Wonderful love it!

Wednesday, Mar 3 · 3:32 PM

Vice Mayor Lee, wanted to congratulate you on a campaign well run. It was a tough fight, so many of us appreciate that you stand by your values and fight for what is right. I know you probably have a lot going on post-election but please let me know when you have some time to connect again. I know the hero pay topic had been agendized but any update on a set date?

Wednesday, Mar 3 · 9:50 PM

Just wrapped a council budget meeting. No update yet unfortunately. But, you can check with the city clerk.   city.clerk@culvercity.org   I'm also waiting for an update from the writer about the story. Hope it can still run.

Monday, Mar 8 · 7:16 PM

Has Cerise reached out? Been following up with my contact to try to get the article out. But, I can send the op-ed to local papers tomorrow.

Last I heard from her was I think Thursday, she said they were waiting for comment from Prospect and we're giving them until 5pm. She said she'd tell me as soon as they publish it but I'm not sure what is happening with it.

It would be great to have the op-Ed go out tomorrow!

Can you send me a reminder midday? Just to make sure I get it out?

Yes of course! Thanks again, so appreciate your continued support on this

Tuesday, Mar 9 · 2:40 PM

EXHIBIT D
Page 279

Good afternoon, sending the reminder re the Op-Ed!

Tuesday, Mar 9 · 4:11 PM

Sent to 3 media outlets here in Culver. Will let you know.

That's great, thank you!

Should be published on Culver City Catalyst tonight and Culver City Crossroads tomorrow. Waiting to hear from Culver City News.

Fantastic news! I'll keep an eye out

Thanks so much again

Wednesday, Mar 10 · 12:17 PM

https://culvercitycatalyst.co/letter-to-editor-daniel-lee-repair-southern-california-hospital-culver-city/?fbclid=IwAR1i6lMu73-RBGDENdp7LWVz77TBJqyKBpK59UXTUekC1VcmgVbJgorUWu4

Daniel Lee, Letter to the Editor: Repair Southern California Hospital at Culver City | Culver City Catalyst

culvercitycatalyst.co

https://culvercitycrossroads.com/2021/03/10/dear-editor-vice-mayor-lee-amplifies-staff-calls-for-help-at-southern-california-hospital/

Dear Editor – Vice Mayor Lee Amplifies Staff Calls for Help at Southern

California Hospital – Culver City Crossroads
culvercitycrossroads.com

Wednesday, Mar 10 · 2:32 PM

Fantastic thank you so much!

Sunday, Mar 21 · 7:27 PM

Hi Maky, I hope you are well. We are considering hero pay tomorrow. Didn't hear from you so I'm not sure if the clerk reached out.

Monday, Mar 22 · 10:21 AM

Good morning Vice Mayor Lee! I didn't know you'd be taking it up tonight, that is great to hear! Did have a meeting with the Mayor and sent over all the examples of similar ordinances to him, he asked for specific examples to share with the clerk.

Is there any chance you'd have a moment to chat before the meeting tonight?

Monday, Mar 22 · 4:55 PM

Sorry was slammed today. Going into closed session now. If Alex is on board I think it should go through

Thanks no worries

I hope he is, Yasmine seemed to think there would be three votes, if not do you have the ability to pull it off agenda? Give us more time to get a confirmed vote of support from him? I don't want to lose momentum but wouldn't want it to fail and then have no recourse

EXHIBIT D
Page 281

I think if it was taken off the agenda it would never be put back on.

Ok yeah that makes sense. My supervisors were trying to say let's pull it but I agree w you. Let's keep moving forward thank you!

I'll have members on the call again, appreciate all your help

Monday, Mar 22 · 7:25 PM

Do people making comment on agenda items, comment when that agenda item comes up?

Yes, when the item come up. People who signed up to speak will be called.

Got it

Thank you!

Monday, Mar 22 · 9:53 PM

Seems like the hero pay might get bumped. With the number of speakers for A-4 I think this will definitely take an hour or more. I'll try to ask at 11p so

we know for sure and people can go to sleep if we won't get to it today.

Yeah seemed like it might be the case once he went out of order. I told the members to take a break and I'd keep them posted. Thank you 🙏

Monday, Mar 22 · 11:06 PM

Thank you for asking about it, going to hop off now

More time to talk to Alex without it being outright rejected and time for us to talk in between.

Totally, and we can organize more speakers in support on our end 👍

Monday, Mar 29 · 1:09 PM

FYI the grocers association is reaching out to council members for a discussion on hero pay and other experts have been saying that hospital workers hero pay hasn't been successful in LA County. If you can share more examples with the council from other areas that would be good.

Thanks for the heads up. So our research and legal team has put a lot of thought into crafting the draft ordinance in a way that would ensure only the healthcare workers are included -- and in a way that is safe from litigation etc. I think it would be great if we could have a meeting with our legal team, research, and yourself. I know the meetings need to be individual so ideally we would also do the same w McMorrin and the Mayor, respectively.

I think it does complicate things for the grocery and retail workers to be included even though there is precedence for that. I actually connected with the UFCW local and they are not pushing for this in Culver City -- the person who made the comment about hero pay for grocery workers a few weeks ago was totally random and not a union member and actually pinged UFCW after the fact.

It seemed like the grocery portion is less controversial. That was just for information. A meeting around the medical pay would be good. I'd aim for Alex

I don't need convincing

Got it ok yeah will gather as much info as I can get to share w you as well

Thank you so much for the info!

Thursday, Apr 1 · 5:11 PM

Hi Vice mayor lee do you have some time to connect this evening?

I could talk at 7.

Ok great will call you then! Thanks so much

Thursday, Apr 1 · 7:28 PM

https://pestakeholder.org/update-leonard-green-led-ownership-collected-65

8-million-from-safety-net-hospital-company-despite-challenges-commitment
-to-regulators-to-forgo-dividends/

UPDATE: Leonard Green-led ownership collected $658 million from
safety-net hospital company despite challenges, commitment to regulators
to forgo dividends – Private Equity Stakeholder Project

pestakeholder.org

Thursday, Apr 8 · 6:16 PM

Did you have a chance to speak with the rep from the stakeholder project?
Anything come of it?

Yeah she was great

Connected me w someone from PBS

Prob too late to get into the doc

But we can still share info w her which is good

Maybe they can do some type of story outside of the doc. But, probably
good connections long term anyway.

Thursday, Apr 8 · 9:48 PM

Oh definitely, good productive conversation

Glad we had it

Thank you again for making the connection!

You're welcome!

Loved "You're welcome!"

EXHIBIT D
Page 285

Monday, Apr 12 · 1:49 PM

Spoke to the mayor on Friday

Got our legal team there, they actually all kind of vibed abt case law

I think/hope it made a positive impact. He did state that he thought it was
really good we all got this meeting together. Just wanted to instill some
confidence and I think that happened.

Cautiously optimistic?

Yeah basically

Lol

I'll connect w Yasmine today too

We'll have some members on tonight so that will be good

Maybe not good for you guys who are trying to go to sleep at a reasonable
hour, but 😫 gotta make sure their voices are heard

Thanks again for everything

We have a lot tonight. It's one of those days. Mine started at 8am and will probably end at 2a I am guessing.

No problem. We'll see how it goes.

Oof I hope that is not the case, you need a vacation

And yes, will see what happens

Monday, Apr 12 · 8:05 PM

Idk why my computer thinks I'm Katrice Frierson - maybe it's just remembering my IP address

Just don't want that to be an issue when it comes time for comment

I registered a bunch of people

For the meeting

But I clicked on one of the TWO   emails I sent for myself! 

That's probably it. Just send a message to the host clarifying who you are prior to speaking

Ok will do

TY

Monday, Apr 12 · 9:13 PM

Did Socal Hospital hire any additional staff for covid?

I honestly don't know abt that

Definitely didn't seem like it.

Yeah I would bet no

Hahaha! Michael Klepin showed up! Ridiculous

He's abt to make an argument that starts w being "relatable"

Lemme tell your rn

A good sign in a way. They are paying attention. Did they recently agree to a contract?

Sorry I'll stop texting you but

No they haven't

So stupid! Meals?! That's what you're bringing up?! Why is there such a culture around shaming healthcare workers for asking for anything

They did a huge insane thing

You're up

They just called your name but didn't see you listed so moved on

Yeah I know sorry that happened, I communicated to the host that I'm here

But I'm under a diff name

Is it possible the ceo scared people away by speaking?

No I don't think it was that

I think ppl just get tired

I can't tell you how many people I spoke to today are like

I have never done this, I also have to work at 4 in the morning

If you can say Katrice would like to speak

I'll speak

But yeah I'm like, telling them, you guys deserve this!

Don't be ashamed to ask! It's doable

Literally so doable

I get that. I'm at 14.5 hours so far today. I sent a message. But I'll speak up at the end if they don't call you.

Liked "I get that. I'm at 14.5 hours so far today. I sent a message. But I'll speak up at the end if they don't call you."

Thank you

Lol this is so wild

Actually not funny at all but

Idk how Katrice is on here and they unmuted her and I'm also listed as Katrice

Yeah. I see two Katrice's. Did the clerk get back to you?

No she never said anything

I literally am on here

Trying to speak

Lol I got super passionate, was that bad?

No it translated.

I just was rearin to go, was that bad?

Ok cool

Haha I repeated myself to you

Yeah I'm just texting a million people at the same time rn

Thanks again for everything

Also

This argument is such bullshit lol

Oof you are doing an incredible job

Yup!

Yup!! Thank you for saying this!!

This is so powerful

You're spelling it out for everyone

I appreciate it so much

Thank you for that

Tuesday, Apr 20 · 11:10 AM

Also do you have the city attorney's email? I just want to connect them with our attorneys

Make sure they have all the info we've gathered and to alleviate any concerns they may have

Elaine works for the city. She can also connect you to the attorney. But it should be carol.schwab

Got it, I googled her and it wasn't clear what her role was or like how she was relevant to the conversation

Thank you!

Saturday, Apr 24 · 6:24 PM

Hi Vice Mayor Lee - just checking in, the hero pay ordinance will not be taken up this Monday will it? Have been trying to get the city attorney in a meeting with our attorneys and they seem to want to meet early this coming week -- want to make sure we aren't catching them too late. Hope you are enjoying your weekend! ☼

Saturday, Apr 24 · 8:38 PM

It is on the agenda monday. Since we got initial approval we wanted to bring it back ASAP

Monday, Apr 26 · 10:16 AM

So it's just the hazard pay for grocery and drug retail workers, correct? In looking at the agenda item, it looks like the hero pay for healthcare workers is not being taken up tonight, would be better if that's the case really would prefer that the city attorney have an opportunity to connect with our attorneys and get their hands on all the resources they've compiled for them 😊

Monday, Apr 26 · 12:41 PM

Best to check in with the clerk to see when it will come up

Monday, Apr 26 · 1:49 PM

Thanks!

Thursday, May 6 · 12:25 PM

Hi Vice Mayor Lee just got notice that the ordinance is on the agenda for Monday so wanted to connect with you when you have the chance, thank you so much!

Thursday, May 6 · 3:38 PM

I could connect tomorrow afternoon.

Thursday, May 6 · 7:37 PM

Ok that sounds good! How is like 3:30? Or later in the evening?

EXHIBIT D
Page 293

Friday, May 7 · 11:20 AM

Could you do like 5 or 6

Friday, May 7 · 1:36 PM

Yes of course will try you then!

Thank you!

Monday, May 10 · 1:09 PM

Spoke to the Mayor, he is in support. He brought up that he thought we had
signed an MOU to not move forward with hero pay if we got the contract,
which 100% did not happen. I also went back to our negotiator to confirm
this did not happen.

He said the only reason why he would not support is if that MOU was real
but it is not, which I communicated to him, so hopefully this is an example
of how cavalier employers can be in making bold-faces lies.

Since you only told me about the mayor it's fine but the brown act limits our
discussion about colleague's positions outside of public meetings since
Culver is small that's only one other council member total

Oh no sorry

I didn't know that was not intentional at all

Will stay mum from here on out

Monday, May 10 · 5:17 PM

Can't share specifics but hope your folks still show up tonight due to
developments...

Do you have a second to chat

Don't need to go into this particular thing if it's an issue

No, in closed session. Looks like item Mary be delayed so if people could get on public comment to underlie the importance of this that would help. But, been in the council meeting since 5.

Ah just heard you're already in closed session

Got it, ok thank you so much 🎧

Monday, May 10 · 7:34 PM

Hey I have a favor to ask -- can you back me up when I ask the host to allow us to speak on non agenda item public comment? Going to put in the chat

We signed up to speak on the agenda item but now that it's moved, want to still make comment

Can do. Probably won't be able to get to you realistically.

Yeah seems like it

Here's the list of people trying to speak if somehow it is possible

Cass Gualvez
Greg Maron

Jane Steinberg
Jon Barton
Triana Silton
And myself


Thanks so much either way

At least three of those are residents. Seems unlikely but definitely next time.
I'll reach out to the clerk.

Oh yeah these are all residents besides me




Oh also! Sorry Kurt Scott

Thank you

One more -- Erik Dimitruk


I know we prob won't get in, but just in case, that's the last one
Sent a message to the clerk. Mayor might be limiting.

Agh ok


Will hang in, time is prob coming up soon
Hopefully they can email us again she show up when it comes back

Yeah my team was just talking about sending emails now so look out for that lol

Thanks again

Thursday, May 13 · 6:26 PM

Hey just wanted to check in and see if you have heard anything

Friday, May 14 · 1:03 PM

No, check in with the clerk but should be in the agenda for the next regular meeting.

Monday, May 17 · 4:30 PM

Liked "No, check in with the clerk but should be in the agenda for the next regular meeting."

Hope you got my voicemail. The mayor has agreed to meet w our team of attorneys etc so hopefully they get that on the books soon. I'll unfortunately have to be away for a while dealing with some health stuff but I hope to hear good news about all of this after that upcoming meeting.

I really, personally, appreciate everything you are doing on this and everything else in the city. Hopefully once I am well (and everything in this world is Covid safe) maybe we can find some time to connect over coffee

or lunch if you are willing. I really would love to get to meet you face to face and connect over this crazy messed up political world we work in! This has been my work phone which, for now, I'm going to try and avoid as I'm on sick leave. Personal number is attached in case you need anything in the meantime c: ███████████

Thanks again for everything

In our first budget session at the moment. Received your voicemail. Sorry to hear about your health issues. I deal with quite a bit myself and I know how it can bring things to a halt. Down to meet in person when you are well. Good that Alex has agreed to meet with the legal team. Hope it happens.

Yeah I know you have shared some of that with me, it can be so tough. I should be out for probably 3 weeks max maybe slightly longer. I'm glad you're willing to meet sometime! I think that'd be awesome. And yes hoping he meets and we succeed in getting this done! I know we would've never gotten this far without you pushing it along the whole way.

I am sure I will come out of all this okay, looking forward to being on the

other side of this!

Thanks again, talk soon.

Monday, May 24 · 10:21 PM

THANK YOU  for everything

Still paranoid about random stuff coming up on the second reading. But, glad to finally be moving forward.

Yes, certainly more work ahead but so grateful to have gotten this far

And incredibly grateful for you, especially

Wish I was able to be more present during this final leg but will be back soon

Hope you're feeling better.

Thank you so much, I appreciate it

May 24, 10:48 PM









