# EXHIBIT E



**OFFICE OF THE CITY ATTORNEY**

# CITY OF CULVER CITY

(310) 253-5660
•
FAX  (310) 253-5664

9770 CULVER BOULEVARD, CULVER CITY, CALIFORNIA 90232-0507

CAROL A. SCHWAB
City Attorney

June 22, 2021

*Via Email Only*

David A. Schwarz, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA  90067-6055

Re:  Further Document Transmittal Public Records Request – Text Messages

Dear Mr. Schwarz:

As stated in my previous letter to you and in further response to your public records request for communications between SEIU representatives and City Council, attached are text messages from the phone of Council Member Yasmine-Imani McMorrin.  No redactions were made.  Please note, the screen shots are in numerical order and appear to overlap, similar to the text messages given to you from Mayor Alex Fisch. The blue "bubbles" on the right side of the screen represent Council Member McMorrin's comments, and the text bubbles on the left are from the individual she is exchanging messages with.  One text string (shown as "Maky" at the top) is between Council Member McMorrin and SEIU representative Maky Peters.  The other is between Council Member McMorrin and Erik Dimitruk, also from SEIU.

Sincerely,

CAROL A. SCHWAB, CITY ATTORNEY

*Lisa A. Vidra*

By:    Lisa A. Vidra
         Senior Deputy City Attorney

Enclosures

cc:    City Clerk





































EXHIBIT E
Page 325







