JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California 90071
Telephone: (213) 617-8100
Facsimile: (213) 617-7480

Attorneys for Defendants
City Of Culver City, Mayor Alex Fisch, Vice Mayor Daniel Lee, Council Member Yasmine-Imani McMorrin, Council Member Göran Eriksson, Council Member Albert Vera

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC., a California Corporation, d/b/a SOUTHERN CALIFORNIA HOSPITAL AT CULVER CITY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CULVER CITY, a charter municipality MAYOR ALEX FISCH, in his official capacity, VICE MAYOR DANIEL LEE, in his official capacity, COUNCIL MEMBER YASMINE-IMANI McMORRIN, in her official capacity, COUNCIL MEMBER GÖRAN ERIKSSON, in his official capacity, and COUNCIL MEMBER ALBERT VERA, in his official capacity,<br><br>Defendants. | Case No. 2:21-cv-05052-MCS-RAO<br><br>Hon. Mark C. Scarsi<br><br>**DECLARATION OF LISA A. VIDRA IN SUPPORT OF DEFENDANT CITY OF CULVER CITY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Opposition to Motion for Preliminary Injunction, Request for Judicial Notice, Declarations of Daniel Richards, Dr. Joshua Luke, LaRhonda Smith, Jane Steinberg, Arturo Espinoza, Marne Vervan, John Aho, Jacques Maia, Objection to Request for Judicial Notice, and [Proposed] Order, Filed Concurrently Herewith]<br><br>Hearing Date: July 26, 2021<br>Time: 9:00 a.m.<br>Courtroom: 7C<br><br>Action Filed: June 22, 2021 |

## DECLARATION OF LISA A. VIDRA

I, Lisa A. Vidra, declare:

1. I am over the age of 18 and am not a party to this action. I have personal knowledge of the facts set forth below and, if called to do so, would competently testify to them.

2. I currently serve as the Senior Deputy City Attorney with the City of Culver City ("City") and have been employed by the City in the City Attorney's Office since August, 2007.

3. As part of my regular duties as the Senior Deputy City Attorney, I work with other City employees for the purpose of conducting or facilitating searches of City electronic and paper records that are requested through a subpoena, discovery requests in litigation, Public Records Act request, or for other purposes. As part of these records searches, I regularly interface with the City's Information Technology Department ("IT"), which is the department that manages the City's computer network and servers, including Microsoft Outlook, the City software program for official City email, calendaring, and other program components.

4. I understand from my role as Senior Deputy City Attorney and in my capacity as an attorney who oversees and coordinates document productions that when electronic records, and more particularly emails, are requested from the City, server searches are run using "keywords" for either senders or recipients, or within the text of the emails themselves, and that the searches can be limited by particular dates or date ranges.

5. On or about June 28, 2021, and without waiving the attorney client privilege or attorney work product doctrine concerning internal discussions on legal issues and the current litigation, I requested of City IT staff an electronic search of email correspondence, from February 15, 2021 to June 14, 2021, to or from any of

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

the five (5) Culver City City Council members [Mayor Alex Fisch, Vice Mayor Daniel Lee, Councilmember Göran Eriksson, Councilmember Albert Vera, and Councilmember Yasmine-Imani McMorrin], and to or from "Mike Klepin" or "Michael Klepin," who I have identified through his public comments during City Council meetings and through public correspondence to the City Council, as the Chief Executive Officer of Southern California Hospital at Culver City.

6. I received results of this search on the same date of my request. Attached as Exhibit "A" are four emails from Michael Klepin, all dated April 23, 2021, one each to Vice Mayor Lee, Councilmember Eriksson, Councilmember Vera, and Councilmember McMorrin, that were conveyed to me.

7. Attached as Exhibit "B" is an email dated May 21, 2021, with the subject "Hero Pay Ordnance [sic] discussion with Mayor Fisch" that lists Michael Klepin as a "required attendee" along with Mayor Fisch. This is another document I received pursuant to my requested search. I have identified the organizer of the meeting "Khaliah Roberts" as an Executive Assistant with Southern California Hospital, based on public correspondence she sent to the City Council on behalf of Mr. Klepin.

I declare under penalty of perjury under the laws of the State of California and United States that the forgoing is true and correct. Executed on July 1, 2021, in Hawthorne, California.

Lisa A. Vidra
Senior Deputy City Attorney
City of Culver City

55477.00005\34125054.1

- 3 -

# EXHIBIT A

| | |
|---|---|
| **From:** | Klepin, Michael <Michael.Klepin@altahospitals.com> |
| **Sent:** | Thursday, April 29, 2021 1:24 PM |
| **To:** | Eriksson, Goran |
| **Subject:** | RE: Southern California Hospital at Culver City |

Perfect see you tomorrow

Thank You,

Michael Klepin
Chief Executive Officer



**From:** Eriksson, Goran <Goran.Eriksson@culvercity.org>
**Sent:** Thursday, April 29, 2021 12:59 PM
**To:** Klepin, Michael <Michael.Klepin@altahospitals.com>
**Subject:** Re: Southern California Hospital at Culver City

[EXTERNAL MSG]
Yes, it is on my schedule

Göran

**Göran Eriksson**

**Councilman**

**City of Culver City**

**9770 Culver Boulevard**

**Culver City, CA 90232**

Tel: +1 310 253 6000

Cell: +1 310 753 3565

**From:** Klepin, Michael <Michael.Klepin@altahospitals.com>
**Sent:** Thursday, April 29, 2021 10:48 AM
**To:** Eriksson, Goran <Goran.Eriksson@culvercity.org>
**Subject:** FW: Southern California Hospital at Culver City

Hi Goran,

I wanted to follow-up with you to see if you would still like to meet tomorrow at 2?

Thank You,

Michael Klepin
Chief Executive Officer



**From:** Klepin, Michael <Michael.Klepin@altahospitals.com>
**Sent:** Tuesday, April 27, 2021 9:51 AM
**To:** Eriksson, Goran <Goran.Eriksson@culvercity.org>
**Subject:** RE: Southern California Hospital at Culver City

Good Moring Goran,

That's Great! Friday from 2 to 4 on Friday works for us if you're still available at that time. Glad you're vaccinated. Everyone on the administrative team is also vaccinated. We will meet the Admin. Conference room on the first floor. We'll have a light lunch, presentation, time for Q & A with the team, and a tour. Thanks again for talking the time to allow us to tell our story.

Michael Klepin
Chief Executive Officer



**From:** Eriksson, Goran <Goran.Eriksson@culvercity.org>
**Sent:** Monday, April 26, 2021 4:27 PM
**To:** Klepin, Michael <Michael.Klepin@altahospitals.com>
**Subject:** Re: Southern California Hospital at Culver City

[EXTERNAL MSG]
Hi Michael,

I will be happy to take a tour. I'm vaccinated (march 2 last shot). Anytime between between 10 am to 2 pm on Thursday April 29 or 2 to 4 pm on Friday

Please let me know what might work for you.

Göran

**Göran Eriksson**

**Councilman**

City of Culver City

9770 Culver Boulevard

Culver City, CA 90232


Tel: +1 310 253 6000

Cell: +1 310 753 3565

---

**From:** Klepin, Michael <Michael.Klepin@altahospitals.com>
**Sent:** Friday, April 23, 2021 3:19 PM
**To:** Eriksson, Goran <Goran.Eriksson@culvercity.org>
**Subject:** Southern California Hospital at Culver City

Dear Council Member Goran Eriksson,

The healthcare of our Culver City residents and the value we place on our employees is of mutual importance. As the only hospital based in Culver City, we invite you to come and tour our facility, ask questions, clarify rumors, and see for yourself - in person - the vital healthcare resources we provide your constituents.

As key stakeholders in our community's health, we have made multi-million-dollar investments in our employees (increased during COVID), infrastructure, services, and advanced technology, which benefits the city.

However, at the recent City Council meeting we did not have time to tell our entire story.

As a vital healthcare resource in Culver City, we'd like more than a few minutes to tell our story and engage in respectful and open dialogue with you. We have a shared goal of providing locally and nationally recognized medical care that serves the needs of our residents. Again, this face-to-face would provide an opportunity to address any concerns you may have - and, more than that, we'd like a chance to impress you!

We appreciate the opportunity to show you in person what is going on by inviting you to lunch, tour and Q&A. We will make ourselves available to accommodate your busy schedule.

Thank You,

Michael Klepin
Chief Executive Officer
Cell- 469-745-9403



---

*The City of Culver City keeps a copy of all E-mails sent and received for a minimum of 2 years. All retained E-mails will be treated as a Public Record per the California Public Records Act, and may be subject to disclosure pursuant to the terms, and subject to the exemptions, of that Act.*

---

*The City of Culver City keeps a copy of all E-mails sent and received for a minimum of 2 years. All retained E-mails will be treated as a Public Record per the California Public Records Act, and may be subject to disclosure pursuant to the terms, and subject to the exemptions, of that Act.*

| | |
|---|---|
| **From:** | Klepin, Michael <Michael.Klepin@altahospitals.com> |
| **Sent:** | Friday, April 23, 2021 3:23 PM |
| **To:** | Lee, Daniel |
| **Subject:** | Southern California Hospital at Culver City |

Dear Vice Mayor Daniel Lee,

The healthcare of our Culver City residents and the value we place on our employees is of mutual importance. As the only hospital based in Culver City, we invite you to come and tour our facility, ask questions, clarify rumors, and see for yourself - in person - the vital healthcare resources we provide your constituents.

As key stakeholders in our community's health, we have made multi-million-dollar investments in our employees (increased during COVID), infrastructure, services, and advanced technology, which benefits the city.

However, at the recent City Council meeting we did not have time to tell our entire story.

As a vital healthcare resource in Culver City, we'd like more than a few minutes to tell our story and engage in respectful and open dialogue with you. We have a shared goal of providing locally and nationally recognized medical care that serves the needs of our residents. Again, this face-to-face would provide an opportunity to address any concerns you may have - and, more than that, we'd like a chance to impress you!

We appreciate the opportunity to show you in person what is going on by inviting you to lunch, tour and Q&A. We will make ourselves available to accommodate your busy schedule.

Thank You,

Michael Klepin
Chief Executive Officer
Cell- 469-745-9403



| | |
|---|---|
| **From:** | Klepin, Michael <Michael.Klepin@altahospitals.com> |
| **Sent:** | Friday, April 23, 2021 3:13 PM |
| **To:** | McMorrin, Yasmine |
| **Subject:** | Southern California Hospital at Culver City |

Dear Council Member Yasmine-Imani McMorrin,

The healthcare of our Culver City residents and the value we place on our employees is of mutual importance. As the only hospital based in Culver City, we invite you to come and tour our facility, ask questions, clarify rumors, and see for yourself - in person - the vital healthcare resources we provide your constituents.

As key stakeholders in our community's health, we have made multi-million-dollar investments in our employees (increased during COVID), infrastructure, services, and advanced technology, which benefits the city.

However, at the recent City Council meeting we did not have time to tell our entire story.

As a vital healthcare resource in Culver City, we'd like more than a few minutes to tell our story and engage in respectful and open dialogue with you. We have a shared goal of providing locally and nationally recognized medical care that serves the needs of our residents. Again, this face-to-face would provide an opportunity to address any concerns you may have - and, more than that, we'd like a chance to impress you!

We appreciate the opportunity to show you in person what is going on by inviting you to lunch, tour and Q&A. We will make ourselves available to accommodate your busy schedule.

Thank You,

Michael Klepin
Chief Executive Officer
Cell- 469-745-9403



**From:** Klepin, Michael <Michael.Klepin@altahospitals.com>
**Sent:** Friday, April 23, 2021 3:16 PM
**To:** Vera, Albert
**Subject:** Southern California Hospital at Culver City

Dear Council Member Albert Vera,

The healthcare of our Culver City residents and the value we place on our employees is of mutual importance. As the only hospital based in Culver City, we invite you to come and tour our facility, ask questions, clarify rumors, and see for yourself - in person - the vital healthcare resources we provide your constituents.

As key stakeholders in our community's health, we have made multi-million-dollar investments in our employees (increased during COVID), infrastructure, services, and advanced technology, which benefits the city.

However, at the recent City Council meeting we did not have time to tell our entire story.

As a vital healthcare resource in Culver City, we'd like more than a few minutes to tell our story and engage in respectful and open dialogue with you. We have a shared goal of providing locally and nationally recognized medical care that serves the needs of our residents. Again, this face-to-face would provide an opportunity to address any concerns you may have - and, more than that, we'd like a chance to impress you!

We appreciate the opportunity to show you in person what is going on by inviting you to lunch, tour and Q&A. We will make ourselves available to accommodate your busy schedule.

Thank You,

Michael Klepin
Chief Executive Officer
Cell- 469-745-9403



# EXHIBIT B

| | |
|---|---|
| **Subject:** | Hero Pay Ordnance discussion with Mayor Fisch |
| **Location:** | Dial: +1 949-543-0429,,830606280#   Host: 4606 |
| **Start:** | Fri 5/21/2021 1:00 PM |
| **End:** | Fri 5/21/2021 2:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Roberts, Khaliah |
| **Required Attendees:** | Klepin, Michael; Crockett, Von; alex.fisch@culvercity.org; Grimshaw, Bruce |

_____

# Microsoft Teams meeting

**Join on your computer or mobile app**
[Click here to join the meeting](#)

**Or call in (audio only)**
[+1 949-543-0429,,830606280#](#)   United States, Irvine
Phone Conference ID: 830 606 280#
[Find a local number](#) | [Reset PIN](#)

[Learn More](#) | [Meeting options](#)

_____