JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California 90071
Telephone: (213) 617-8100
Facsimile: (213) 617-7480

Attorneys for Defendants
City Of Culver City, Mayor Alex Fisch, Vice Mayor Daniel Lee, Council Member Yasmine-Imani McMorrin, Council Member Göran Eriksson, Council Member Albert Vera

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC., a California Corporation, d/b/a SOUTHERN CALIFORNIA HOSPITAL AT CULVER CITY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CULVER CITY, a charter municipality MAYOR ALEX FISCH, in his official capacity, VICE MAYOR DANIEL LEE, in his official capacity, COUNCIL MEMBER YASMINE-IMANI McMORRIN, in her official capacity, COUNCIL MEMBER GÖRAN ERIKSSON, in his official capacity, and COUNCIL MEMBER ALBERT VERA, in his official capacity,<br><br>Defendants. | Case No. 2:21-cv-05052-MCS-RAO<br>Hon. Mark C. Scarsi<br><br>**DECLARATION OF DANIEL L. RICHARDS IN SUPPORT OF DEFENDANT CITY OF CULVER CITY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Opposition to Motion for Preliminary Injunction, Request for Judicial Notice, Declarations of Daniel Richards, Lisa Vidra, Rhonda Smith, Jane Steinberg, Arturo Espinoza, Marne Vervan, John Aho, Jacques Maia, Joshua D. Luke, Ph.D., and Objection to Request for Judicial Notice, and [Proposed Order Filed Concurrently Herewith]<br><br>Hearing Date:<br>Time:<br>Courtroom:<br><br>Action Filed: June 22, 2021 |

CASE NO. 2:21-CV-05052-MCS-RAO
DECLARATION OF DANIEL L. RICHARDS
IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION

## DECLARATION OF DANIEL L. RICHARDS

I, Daniel L. Richards, declare:

1. I am an attorney at law licensed to practice before all courts in the State of California and this Court. I am an associate with Best Best & Krieger LLP, counsel of record for Defendants City of Culver City, Mayor Alex Fisch, Daniel Lee, Yasmine-Imani McMorrin, Goran Erikkson, and Albert Vera (together, "City") in the above captioned case. I have personal knowledge of the following facts, and if called to testify thereto, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of transcript of portions of the January 11, 2021 meeting of the City Council of the City of Culver City. The video of this meeting is available online at: https://culver-city.legistar.com/DepartmentDetail.aspx?ID=27970&GUID=450C9CD7-F159-4D90-BDF7-64A912D9D355

3. Attached hereto as Exhibit B is a true and correct copy of a transcript of portions of the February 22, 2021 meeting of the City Council of the City of Culver City. The video of this meeting is available online at: http://culver-city.granicus.com/player/clip/1963?view_id=1&redirect=true

4. Attached hereto as Exhibit C is a true and correct copy of a transcript of portions of the March 8, 2021 meeting of the City Council of the City of Culver City. The video of this meeting is available online at: http://culver-city.granicus.com/player/clip/1978?view_id=1&redirect=true

5. Attached hereto as Exhibit D is a true and correct copy of a transcript of portions of the April 12, 2021 meeting of the City Council of the City of Culver City. The video of this meeting is available online at: http://culver-city.granicus.com/player/clip/2016?view_id=1&redirect=true

- 2 -

CASE NO. 2:21-CV-05052-MCS-RAO
DECLARATION OF DANIEL L. RICHARDS
SUPPORT OF DEFENDANT CITY OF
CULVER CITY'S OPPOSITION TO
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

6. Attached hereto as Exhibit E is a true and correct copy of a transcript of portions of the May 24, 2021 meeting of the City Council of the City of Culver City. The video of this meeting is available online at: http://culver-city.granicus.com/player/clip/2084?view_id=1&redirect=true

7. Attached hereto as Exhibit F is a true and correct copy of a transcript of portions of the June 14, 2021 meeting of the City Council of the City of Culver City. The video of this meeting is available online at: http://culver-city.granicus.com/player/clip/2104?view_id=1&redirect=true

8. Attached hereto as Exhibit G is a true and correct copy of Culver City Ordinance No. 2021-008, "An Ordinance of the City of Culver City, State of California, Establishing Premium Hazard Pay for On-Site Hospital Workers at Covered Hospitals." This exhibits is certified by Jeremy Green, Clerk of the City of Culver City.

9. Attached hereto as Exhibit H are true and correct copies of excerpts of the public comments received by the City of Culver City in advance the May 24, 2021 City Council Meeting.

10. Attached hereto as Exhibit I is a true and correct copy of a petition supporting hazard pay for "Culver City Healthcare Heroes." I obtained this petition by accessing the hyperlink available in the email on page 1 of the documents attached hereto as Exhibit H.

11. Attached hereto as Exhibit J are true and correct copies of excerpts of the public comments received by the City of Culver City in advance the June 14, 2021 City Council Meeting.

12. Attached hereto as Exhibit K are true and correct copies of excerpts of the public comments received by the City of Culver City in advance the June 14,

- 3 -

CASE NO. 2:21-CV-05052-MCS-RAO
DECLARATION OF DANIEL L. RICHARDS
IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION

2021 City Council Meeting. Specifically, these comments are some of the letters received by the City from hospital organizations.

13. Attached hereto as Exhibit L is a true and correct copy of the article "KFF/The Washington Post Frontline Health Care Workers." I obtained this article by navigating to the URL: https://files.kff.org/attachment/Frontline%20Health%20Care%20Workers_Full%20Report_FINAL.pdf.

14. Attached hereto as Exhibit M is a true and correct copy of the S&P Global Market Intelligent report "Hospitals battle burnout, compete for nurses as pandemic spurs US staffing woes." I obtained this report by navigating to the URL: https://www.spglobal.com/marketintelligence/en/news-insights/latest-news-headlines/hospitals-battle-burnout-compete-for-nurses-as-pandemic-spurs-us-staffing-woes-63316216

15. Attached hereto as Exhibit N is a true and correct copy of the Bloomberg article "A Wall Street Giant Tapped $1.5 billion in Federal Aid for Its Hospitals." I obtained this article by navigating to the URL: https://www.bloomberg.com/news/articles/2020-09-14/a-wall-street-giant-tapped-1-5-billion-in-federal-aid-for-its-hospitals.

16. Attached hereto as Exhibit O is a true and correct copy of the ProPublica investigation "Investors Extracted $400 Million From a Hospital Chain That Sometimes Couldn't Pay for Medical Supplies or Gas for Ambulances." I obtained this article by navigating to the URL: https://www.propublica.org/article/investors-extracted-400-million-from-a-hospital-chain-that-sometimes-couldnt-pay-for-medical-supplies-or-gas-for-ambulances.

17. Attached hereto as Exhibit P is a true and correct copy of the ProPublica investigation "Rich Investors Stripped Millions From a Hospital Chain and Want to Leave It Behind. A Tiny State Stands in Their Way." I obtained this

- 4 -

CASE NO. 2:21-CV-05052-MCS-RAO
DECLARATION OF DANIEL L. RICHARDS
IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION

article by navigating to the URL: https://www.propublica.org/article/rich-investors-stripped-millions-from-a-hospital-chain-and-want-to-leave-it-behind-a-tiny-state-stands-in-their-way.

18. Attached hereto as Exhibit Q is a true and correct copy of the Wall Street Journal article "Risky Loans Secured Private-Equity Payouts Despite Downturn." I obtained this article b navigating to the URL: https://www.wsj.com/articles/risky-loans-secure-private-equity-payouts-despite-downturn-11608216781

19. Attached hereto as Exhibit R is a true and correct copy of the Private Equity Stakeholder Project report "Update: Leonard Green-led ownership collected $658 million in dividends and fees from Prospect Medical Holdings despite challenges, commitment to regulators to forgo dividends." I obtained this report by navigating to the URL: https://pestakeholder.org/wp-content/uploads/2020/05/UPDATE-Leonard-Green-Prospect-Medical-Dividends-PESP-051420.pdf

20. Attached hereto as Exhibit S is a true and correct copy of the Private Equity Stakeholder Project report "After Paying $658 Million in Dividends and Fees to Investors, Prospect Medical Holdings Received $238 Million in Federal COVID-19 Aid." I obtained this report by navigating to the URL: https://pestakeholder.org/after-paying-658-million-in-dividends-and-fees-to-investors-prospect-medical-holdings-received-283-million-in-federal-covid-19-aid/

21. Attached hereto as Exhibit T is a true and correct copy of the U.S. Chamber of Commerce report "Hiring Bonuses Show Real Potential to Bring Back America's Workers." I obtained this report by navigating to the URL: https://www.uschamber.com/press-release/hiring-bonuses-show-real-potential-bring-back-america-s-workers

- 5 -

CASE NO. 2:21-CV-05052-MCS-RAO
DECLARATION OF DANIEL L. RICHARDS
IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION

22. Attached hereto as Exhibit U is a true and correct copy of the New York Times Article "W.H.O. officials, concerned about the Delta variant, urge vaccinated people to keep wearing masks." I obtained this article by navigating to the URL: https://www.nytimes.com/2021/06/29/world/who-mask-guidelines.html

23. Attached hereto as Exhibit V is a true and correct copy of the June 28, 2021 Los Angeles Department of Public Health press release: "As Delta Variant Circulates, Public Health Recommends Masking Indoors as a Precaution – 3 New Deaths and 259 New Confirmed Cases of COVID-19 in Los Angeles County." I obtained this press release by navigating to the URL: http://www.publichealth.lacounty.gov/phcommon/public/media/mediapubhpdetail.cfm?prid=3206.

24. Attached hereto as Exhibit W is a true and correct copy of the July 1, 2021 Los Angeles Department of Public Health press release: "Public Health Monitors Increases in New Cases and Delta Variant Cases; Nearly 60% of L.A. County Residents Fully Vaccinated." I obtained this press release by navigating to the URL: http://www.publichealth.lacounty.gov/phcommon/public/media/mediapubhpdetail.cfm?prid=3212.

25. Attached hereto as Exhibit X is a true and correct copy of the July 2, 2021 Associated Press article "California Virus cases rising as Delta Variant spreads." I obtained this article by navigating to the URL: https://apnews.com/article/ca-state-wire-california-coronavirus-pandemic-health-b99e789b66c0e1102c4d8e472ef1e80a?utm_campaign=CHL%3A%20Daily%20Edition&utm_medium=email&_hsmi=137793420&_hsenc=p2ANqtz--Wjl-BcztuwEmYA3Cvmn5OU3QT53080q2hHqd-S_Y6pOIKU5eR-

- 6 -

CASE NO. 2:21-CV-05052-MCS-RAO
DECLARATION OF DANIEL L. RICHARDS
IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION

1  NT8Tqxc3TdASUILKU8jmw2X6a12ZtZfjSgJ_3JuGw&utm_content=137793420
2  &utm_source=hs_email.

3       26.     Attached hereto as Exhibit Y is a true and correct copy of the July 1,
4  2021 Los Angeles Times article "Growing alarm over highly contagious Delta
5  variant in L.A. County as cases keep rising." I obtained this article by navigating to
6  the URL: https://www.latimes.com/california/story/2021-07-01/highly-contagious-
7  delta-variant-keeps-rising.

8       27.     Attached hereto as Exhibit Z is a true and correct copy of the July 1,
9  2021 San Francisco Chronicle article "COVID cases up more than 20% in Bay
10  Area California since June 15 reopening." I obtained this article by navigating to
11  the URL: https://www.sfchronicle.com/health/article/COVID-cases-up-more-than-
12  20-in-Bay-Area-
13  16288049.php?utm_campaign=CHL%3A%20Daily%20Edition&utm_medium=em
14  ail&_hsmi=137793420&_hsenc=p2ANqtz--
15  0vGNHg6B2oEuYxixhvWzrwGs85QryXLLJ0Jf_XJ9sXZNAH7cyqFupsoFiYIsL-
16  If5W3IA0uigL_-6LT86zW6QIvUe-
17  g&utm_content=137793420&utm_source=hs_email.

18       28.     Attached hereto as Exhibit AA are true and correct copies of excerpts
19  of the approved Official Minutes of the May 10, 2021 City Council Meeting of the
20  City Council of the City of Culver reflecting enactment of an Ordinance
21  Establishing Premium Hazard Pay for On-Site Grocery and Drug Retail Worker and
22  a copy of the enacted ordinance. I obtained these documents by navigating to the
23  following URLs: https://culver-
24  city.legistar.com/View.ashx?M=M&ID=816895&GUID=E0C4EF6E-8CE3-424F-
25  B793-ADF7D6366E26; https://culver-

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

- 7 -

CASE NO. 2:21-CV-05052-MCS-RAO
DECLARATION OF DANIEL L. RICHARDS
IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION

city.legistar.com/View.ashx?M=F&ID=9369813&GUID=4918A342-982A-4993-A859-26D0A0C4182C

I declare under penalty of perjury under the laws of the State of California and United States that the foregoing is true and correct.

Executed this 2nd day of July, 2021, at Los Angeles, California.

/s/ Daniel L. Richards
DANIEL L. RICHARDS

55477.00005\34055262.1

- 8 -

CASE NO. 2:21-CV-05052-MCS-RAO
DECLARATION OF DANIEL L. RICHARDS
IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION