JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC., d/b/a SOUTHERN CALIFORNIA HOSPITAL AT CULVER CITY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CULVER CITY; MAYOR ALEX FISCH, in his official capacity; VICE MAYOR DANIEL LEE, in his official capacity; COUNCIL MEMBER YASMINE-IMANI MCMORRIN, in her official capacity; COUNCIL MEMBER ALBERT VERA, in his official capacity; COUNCIL MEMBER GORAN ERIKSSON, in his official capacity,<br><br>　　　　　Defendants. | Case No. 2:21-cv-05052-MCS-RAO<br><br>[PROPOSED] JUDGMENT |

Pursuant to this Court's Order re: Motion to Dismiss First Amended Complaint; Motion to Stay Case; and Intervenor's Motion to Dismiss First Amended Complaint and Minute Order filed January 19, 2022, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendants City of Culver City, Mayor Alex Fisch, Vice Mayor Daniel Lee, Council Member Yasmine-Imani McMorrin, Council Member Albert Vera, and Council Member Göran Eriksson, and against Plaintiff Southern California Healthcare System, Inc., d/b/a Southern California Hospital at Culver City. Plaintiff shall take nothing from its action against Defendants. The action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: February 10, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE